IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STANLEY BOCLAIR, #A-60451, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 10-cv-1008-MJR |
| | ) | |
| ROGER WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff Stanley Boclair, an inmate in the Stateville Correctional Center, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. He also seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2), and has made a motion for appointment of counsel (Doc. 3). Plaintiff has another pending complaint in this Court: 10-cv-978, which was filed December 03, 2010. Because the motions to proceed *in forma pauperis* and for appointment of counsel were sent at a later date, namely December 13, 2010, they were treated as motions for a new complaint, and were identified as such. As a result, the complaints that are docketed at 10-cv-978 and 10-cv-1008 are identical, and the documents that are docketed at 10-cv-1008 belong with those documents located with 10-cv-978.

The earlier filed complaint docketed at 10-cv-978 shall remain open. The duplicate action listed as 10-cv-1008 is **DISMISSED**. The clerk shall **CLOSE THIS CASE, AND TRANSFER RELEVANT DOCUMENTS TO 10-CV-978.**

**IT IS SO ORDERED.**

**DATED this 27th day of December, 2010.**

                                      **s/ Michael J. Reagan**

                                      **MICHAEL J. REAGAN**

                                      **United States District Judge**